IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE TURNER,            )<br>                          )<br>       Plaintiff,       )<br>                          )<br> v.                       )<br>                          )<br> L. ZAMORA,               )<br>                          )<br>       Defendant.        )<br>_____) | No. C 11-02669 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

On June 3, 2011, Plaintiff filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis ("IFP"). On the same day, the Clerk sent Plaintiff a notice that his IFP application was insufficient because he failed to attach necessary documents in support thereof. (Docket No. 3.) Plaintiff thereafter filed two more IFP applications which are both deficient for the same reason. (Docket Nos. 4 & 5.) In the interest of justice, the Court will grant an extension of time to file the missing Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months to complete his IFP application.

Plaintiff shall submit the missing documents **within thirty (30) days** of the date this order is filed. **Failure to file the necessary documents will result in the denial of the application to proceed in forma pauperis, and the complete filing fee will be immediately due.**

DATED: October 20, 2011

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. Of TIme
02669Turner_eot-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDDIE TURNER,

        Plaintiff,

  v.

L. ZAMORA,

        Defendant.

Case Number: CV11-02669 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/21/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie Turner AA6768
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA

Dated: 10/21/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk